435 A.2d 926

Commonwealth v. Young a/k/a Hodge, Appellant.

Submitted November 14, 1980. Stanton D. Levenson, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

435 A.2d 926

Commonwealth ex rel. Smith v. Wallenstein.

Appeal of George Smith.

Submitted March 21, 1980. James A. Downey, III, for appellant; Michael Kane, District Attorney, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Judge Bortner.